NO. 07-08-0369-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

NOVEMBER 26, 2008

_____

IN RE N&T SPECIALTY WELDING & MANUFACTURING, RELATOR
_____

Before CAMPBELL, HANCOCK and PIRTLE, JJ.

**ORDER**

Relator's, N & T Specialty Welding & Manufacturing, Inc., Petition for Writ of Mandamus is hereby denied.  See TEX. R. APP. P. 52.8(d).  In addition, our previous Order on Relator's Motion for Temporary Relief is hereby vacated.


Per Curiam